# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEL BURKETT,
                    Appellant,
          vs.
RENEE BAKER, WARDEN,
                    Respondent.

No. 74719

**FILED**

FEB 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No decision had been made on the petition when appellant filed his appeal on December 14, 2017. To the extent that appellant appeals from the order transferring the case to the Eighth Judicial District Court, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                             Stiglich

18-05628

cc: Hon. Steve L. Dobrescu, District Judge
Joel Burkett
Attorney General/Carson City
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A